Bank of America, NA
c/o Beth Mellen
Mail Code TX1-492-08-16
901 Main Street
Dallas, Texas 75202-3714
(800) 342-7722 ext. 58907

# REPORT OF ASSETS

# AUTHORITY TO DEPOSIT FUNDS

Account Number: 10-30631

Daniel G. Hamm, Trustee in Bankruptcy for

Account Name: Allegro Law, LLC

Amount to be Deposited or other *: $7,209,335.67

Description to be used on Statement: Wire transfer from River Bank & Trust from Allegro account no. XXXXXX3223

Signature: /s/ Daniel G. Hamm

Date: April 8, 2010

*Other:

## Wire Transfer Confirmation

Account Number: ▆▆▆109
Transaction Date and Time: 04/08/2010 04:38 PM

| | |
|---|---|
| Message Format Version: 02 | Message Test Production Code: P |
| Message Duplication Code: | Message Status Indicator: |
| Output Date and Time: 04/08 05:35 PM | Output FRB Application ID: FT01 |
| Output Cycle Date: 04/08/2010 | Output Destination ID: B6B7HU2R |
| Output Sequence Number: 010853 | |
| Input Cycle Date: 20100408 | Input Source: F2QCZ60C |
| Input Sequence Number: 002314 | |
| Type Code: 10 | Subtype Code: 00 |
| Amount: $7,209,335.67 | Business Function Code: CTR |
| Sender DI Number: 062001186 | Sender Short Name: COMPASS BANK |
| Sender Reference: 040810 004 00908 | |
| Receiver DI Number: 026009593 | Receiver Short Name: BANK OF AMERICA, N |

Originator FI ID Code: F
Originator FI Identifier: 062206567
Originator FI Name: River Bank & Trust
Originator FI Address Line 1: 2611 Legends Drive
Originator FI Address Line 2: Prattville
Originator FI Address Line 3: AL 36066

Originator ID Code: D
Originator Identifier: 770097260109
Originator Name: Allegro Law LLC
Originator Address Line 1: 744 E Main Street
Originator Address Line 2: Prattville
Originator Address Line 3: AL 36067

Originator to Beneficiary Line 1: Closing w/d Allegro Law Client Escr
Originator to Beneficiary Line 2: ow Future Settlement IOLTA
Originator to Beneficiary Line 3:
Originator to Beneficiary Line 4:

Beneficiary ID Code: D
Beneficiary Identifier: 4428976864
Beneficiary Name: Allegro Law LLC
Beneficiary Address Line 1:
Beneficiary Address Line 2:
Beneficiary Address Line 3:

Beneficiary Reference: 100408163440H500

| Form **W-9** | **Request for Taxpayer** | Give form to the |
|---|---|---|
| (Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification** | requester. Do not<br>send to the IRS. |

Name (as shown on your income tax return)
ALLEGRO LAW, LLC, DEBTOR, CASE# 10-30631, DANIEL G. HAMM- TRUSTEE

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☒ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entry, C=corporation, P=partnership) ▶ _____
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
560 South McDonough Street Suite A

Requester's name and address (optional)

City, state, and ZIP Code
MONTGOMERY, AL 36104

List account number(s) here (optional)  **4428976864**

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part 1 instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
3 0 - 0 4 1 7 6 4 6

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here | Signature of U.S. person ▶ [signature] | Date ▶ 04/15/10

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a citizen or U.S. resident alien,
● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
● An estate (other than a foreign estate), or
● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign parners' share of income from such business. Further, in certain cases where a Fomr W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X  Form **W-9** (Rev. 10-2007)