Bank of America, NA
c/o Beth Mellen
Mail Code TX1-492-08-16
901 Main Street
Dallas, Texas 75202-3714
(800) 342-7722 ext. 58907

# REPORT OF ASSETS

## AUTHORITY TO DEPOSIT FUNDS

Account Number:                     10-30631

Daniel G. Hamm,                     Trustee in Bankruptcy for

Account Name:                       Allegro Law, LLC

Amount to be Deposited
or other *:                         $32,027.01

Description to be used on           Wire transfer from River Bank &
Statement:                          Trust from Allegro account no.
                                    XXXXXX3173

Signature:                          /s/ Daniel G. Hamm

Date:                               April 8, 2010

*Other:

## Wire Transfer Confirmation

Account Number: ▮▮▮109

Transaction Date and Time: 04/08/2010 03:35 PM

Message Format Version: 02     Message Test Production Code: P

Message Duplication Code:     Message Status Indicator:

Output Date and Time: 04/08 04:33 PM     Output FRB Application ID: FT01

Output Cycle Date: 04/08/2010     Output Destination ID: B6B7HU4R

Output Sequence Number: 009875

Input Cycle Date: 20100408     Input Source: F2QCZ60C

Input Sequence Number: 002070

Type Code: 10     Subtype Code: 00

Amount: $32,027.01     Business Function Code: CTR

Sender DI Number: 062001186     Sender Short Name: COMPASS BANK

Sender Reference: 040810 SBL 00883

Receiver DI Number: 026009593     Receiver Short Name: BANK OF AMERICA, N

Originator FI ID Code: F

Originator FI Identifier: 062206567

Originator FI Name: River Bank & Trust

Originator FI Address Line 1: 2611 Legends Drive

Originator FI Address Line 2: Prattville

Originator FI Address Line 3: AL 36066

Originator ID Code: D

Originator Identifier: 770097260109

Originator Name: Allegro Law LLC

Originator Address Line 1: 744 E Main Street

Originator Address Line 2: Prattville

Originator Address Line 3: AL 36067

Originator to Beneficiary Line 1: Closing w/d Allegro Law Debt Mgmt O

Originator to Beneficiary Line 2: perating Disbursement

Originator to Beneficiary Line 3:

Originator to Beneficiary Line 4:

Beneficiary ID Code: D

Beneficiary Identifier: 4428976864

Beneficiary Name: Allegro Law LLC

Beneficiary Address Line 1:

Beneficiary Address Line 2:

Beneficiary Address Line 3:

Beneficiary Reference: 100408153220H500

Case 10-30631    Doc 53    Filed 04/22/10    Entered 04/22/10 12:46:38    Desc Main Document    Page 2 of 2