# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
ALLEGRO LAW LLC,

    Debtor

Case No. 10-30631-WRS  
Chapter 7

## ORDER SETTING CLAIMS BAR DATE

Claims shall be filed not later than October 21, 2010. The Clerk is authorized to transmit notice of the claims bar date to all parties in interest.

Done this 19th day of May, 2010.

/s/ William R. Sawyer  
United States Bankruptcy Judge

c: Daniel G. Hamm, Trustee  
    All Creditors