IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE ALLEGRO LAW, LLC,  )  <br> ) <br> Debtor.  ) <br> ) <br> ) <br> STATE OF ALABAMA, *et al.*,  ) <br> ) <br> Appellants.  ) <br> ) | <br><br><br><br><br><br><br><br>CASE NO. 2:10-CV-399-WKW |

## **ORDER**

It is ORDERED that Appellants' motion to withdraw the notice of appeal (Doc. # 2) is GRANTED.  The Clerk of Court is DIRECTED to close the case.

DONE this 18th day of May, 2010.

                          /s/ W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE