# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 10-30631-WRS
                                                Chapter 7
ALLEGRO LAW LLC,

    Debtor

## ORDER EXTENDING CLAIMS BAR DATE

One May 19, 2010, this Court entered an order setting a claims bar date of October 21, 2010. (Doc. 71). Due to the delay in mailing Notice of Commencement of this Case and proof of claim forms, the Court concludes that the claims bar date should be further extended.

ORDERED, that Claims shall be filed no later than November 29, 2010.

Done this 20th day of August, 2010.

                                             /s/ William R. Sawyer
                                             United States Bankruptcy Judge

c: Daniel G. Hamm, Trustee
    All Creditors