**The relief described hereinbelow is SO ORDERED**

**Done this 7th day of September, 2012.**

**William R. Sawyer**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                          Case No. 10-30631-WRS
                                                                Chapter 7
ALLEGRO LAW, LLC.,

    Debtor.

# ORDER AS TO THE TRUSTEE'S FIRST MOTION TO STRIKE OR RECLASSIFY CLAIMS

This Chapter 7 case is before the Court upon the Trustee's First Motion to Strike or Reclassify Claims, the "Motion," filed by the Chapter 7 Trustee to strike or reclassify claims on August 8, 2011. (Doc. 228). For the reasons stated forth in the record on September 27, 2011, the motion is GRANTED with the amendments to the following creditors:

Number 45a., Tommie Crumedy's claim's reclassified to $2,600.00 Priority and $200.00 Unsecured claim because creditor provided additional supporting documents after the Motion was filed.

Number 62, Lochinvar Dingcong's claim's reclassified to $2,600.00 Priority and $8.00 Unsecured claim due to a clerical error.

Number 63, Gary Dobranksky's claim's reclassified to $2,600.00 Priority and $3,440.00 Unsecured claim due to a clerical error.

Number 89, Eric Furman's claim's reclassified to $2,600.00 Priority and $3,915.00 Unsecured claim because the creditor provided additional supporting documents after the Motion was filed.

Number 96, Johanna Gomes' filed a response to the Trustee's Motion with the Court; however she failed to appear. Her response is due to be DISMISSED and her reclassification GRANTED along with the remaining creditors' reclassifications and strikes proposed by the Trustee's Motion.

The Motion previously referenced the claimant's Proof of Claim number provided by BMC; however the Proof of Claims are now filed with the Middle District of Alabama United States Bankruptcy Court Clerk's Office CM/ECF Claim's Register. Therefore, the claimants have received a new CM/ECF claim number which is reference below along with the referenced amendments:

|    | Claimant Name and Proof of Claim Number | Address | Amount Claimed in Proof of Claim | Reclassified Pursuant to Motion to |
|----|------------------------------------------|---------|----------------------------------|-------------------------------------|
| 1. | Abdullah, Margaret; 3126-1 | 51 Hartford St., Newark, NJ 07103 | $10,014.00 Priority | $2,600.00 Priority $6,618.00 Unsecured |
| 2. | Adams, Tonya and John; 3608-1 | 10131 Woodcrest Rd., Cadet, MO 63630 | $5,025.00 Priority | $2,600.00 Priority $2,125.00 Unsecured |

| | | | | |
|---|---|---|---|---|
| 3. | Adeyemi, Augustine; 3021-1 | 199 Brookside Ave., Irvington, NJ 07111 | $8,799.00 Priority | $2,600.00 Priority $6,224.00 Unsecured |
| 4. | Ah Yuen, March; 1363-1 | 40 Kaphuai St., Makawao, HI 96786 | $5,000.00 Priority | $2,600.00 Priority $309.00 Unsecured |
| 5. | Alaniz, Oscar; 2655-1 | 3786 FM 626, Karnes City, TX 78118 | $4,600.00 Priority | $2,600.00 Priority $2,025.00 Unsecured |
| 6. | Alburquerque, Antonio; 1449-1 | 2842 S. Meadowbrook Apt. #7, Springfield, MO 65807 | $3,000.00 Priority | $2,600.00 Priority $623.00 Unsecured |
| 7. | Anderson, Eric; 2987-1 | P.O. Box 691, Rensselaer, NY 12144 | $3,281.00 Priority | $2,600.00 Priority $681.00 Unsecured |
| 8. | Angell, Vicky; 3357-1 | 109 Old Oak Pl., Thurmont, MD 21788 | $4,770.99 Priority | $919.00 Priority |
| 9. | Angers, Marilyn; 4857-1 | 59 Leroy Pl., Red Bank, NJ 07701 | $9,600.00 Priority | $2,600.00 Priority $3,884.00 Unsecured |
| 10. | Armendariz, Edward; 3087-1 | 10214 Cades Creek Ct., Houston, TX 77089 | $10,939.00 Priority | $2,600.00 Priority $9,384.00 Unsecured |
| 11. | Baggesen, Christina; 2722-1 | 275 Harrington Ave., Warwick, RI 02888 | $7,675.00 Priority | $2,600.00 Priority $4,625.00 Unsecured |
| 12. | Bailey, Donald; 3466-1 | 625 S. Main St., Andover, ME 04216 | $6,421.00 Priority | $2,600.00 Priority $3,017.00 Unsecured |
| 13. | Bailey, Nadean 421-1 | 6902 Robert Bailey Rd., Saint Francisville, CA 70775 | $16,000.00 Priority | $2,490.00 Priority |
| 14. | Battel, John; 3537-1 | 142 Argent Way, Bluffton, SC 29909 | $13,140.00 Priority | $2,600.00 Priority $7,999.00 Unsecured |
| 15. | Beltran, David; 921-1 | 16 Castlewood Dr., Thomasville, NC 27360 | $6,606.00 Priority | $2,600.00 Priority $3,307.00 Unsecured |
| 16. | Benford, Cornelious; 3222-1 | 5102 Jezelbel St., Houston, TX 77033 | $2,825.00 Priority | $1,895.00 Priority |
| 17. | Benitez-Ruiz, Jose; 584-1 | 90 Grant St., Lynn, MA 01902 | $3,346.00 Priority | $2,600.00 Priority $746.00 Unsecured |
| 18. | Bennett, Shannon; 497-1 | 7222 West Tina Lane, Glendale, AZ 85310 | $7,812.00 Priority | $2,600.00 Priority $4,457.00 Unsecured |
| 19. | Blackwell, Jennifer; 3405-1 | 125 Julis Rd., Summerville, SC 29483 | $10,277.35 Priority | $2,600.00 Priority $9,951.00 Unsecured |
| 20. | Bohigian, Jon; 435-1 | 7574 North Carnegie Ave., Fresno, CA 93722 | $3,219.00 Priority | $2,133.00 Priority |
| 21. | Bossi, Joseph, 2622-1 | 214 Sedgebrooke Dr., Warner Robins, GA 31088 | $4,813.00 Priority | $2,600.00 Priority $2,213.00 Unsecured |
| 22. | Broughton, Ryan; 3642-1 | 4 Weeping Willow Cr., Egg Harbor Township, NJ 08234 | $7,600.00 Priority | $2,600.00 Priority $17.00 Unsecured |
| 23. | Brown, Annette; 1225-1 | 19203 Pawnee Ave., Cleveland, OH 44119 | $4,225.00 Priority | $2,600.00 Priority $2,525.00 Unsecured |
| 24. | Brown, Theron; | 1620 NW 4th Ave. | $5,740.00 Priority | $2,600.00 Priority |

| | | | | |
|---|---|---|---|---|
| | 3044-1 | Apt. 13A, Miami, FL 33136 | | $2,883.00 Unsecured |
| 25. | Brunelle, Dorothea; 2431-1 | 3405 SE Vineyard Rd. #79, Milwaukee, OR 97267 | $2,641.00 Priority | $2,600.00 Priority $41.00 Unsecured |
| 26. | Bruner, Wanda; 1796-1 | 471 Middle Ground Way, London, KY 40744 | $5,500.00 Priority | $2,600.00 Priority $470.00 Unsecured |
| 27. | Burus, Linda; 2120-1 | 1087 Searcy School Rd., Lawrenceburg, KY 40342 | $5,400.00 Priority | $2,600.00 Priority $3,131.00 Unsecured |
| 28. | Caiazza, Ralph; 880-1 | 1012 Old Colony Rd. Lot 48, Meridian, CT 06451 | $2,686.00 Priority | $2,600.00 Priority $86.00 Unsecured |
| 29. | Calderon, Claudia; 2834-1 | 2852 Stevens St., La Crescenta, CA 91214 | $6,120.00 Priority | $2,600.00 Priority $2,696.00 Unsecured |
| 30. | Callow, Lindy Ann; 3047-1 | 18.5 South St. #10, Lebanon, NH 03766 | $5,071.00 Priority | $2,600.00 Priority $1,049.00 Unsecured |
| 31. | Camacho, Natalie; 4847-1 | 37 Mavsita Ave., Dundalk, MA 21222 | $3,244.00 Priority | $2,600.00 Priority $385.00 Unsecured |
| 32. | Camarena, Ardith; 2372-1 | 407 Newton St., San Fernando, CA 91340 | $5,830.00 Priority | $2,600.00 Priority $2,170.00 Unsecured |
| 33. | Cambronero, Joyce; 3348-1 | 10800 Crestwood Drive S., Seattle, WA 91878 | $7,333.00 Priority | $2,600.00 Priority $4,014.00 Unsecured |
| 34. | Cameron, Barham; 1353-1 | C/O Legal Aid P.O. Box 1605 Joplin, MO 64802 | $3,847.00 Priority | $2,600.00 Priority $1,535.00 Unsecured |
| 35. | Casillas, Jose; 4064-1 | 7531 Lindsey Ave., Pico Rivera, CA 90660 | $3,553.00 Priority | $2,305.00 Unsecured |
| 36a. | Castro, Maricris; 1372-1 | 2115 White Forge Ct., Stockton, CA 95212 | $12,000.00 Unsecured | $2,600.00 Priority $9,895.00 Unsecured |
| 36b. | Castro, Maricris; 3973-1 | 2115 White Forge Ct., Stockton, CA 95212 | $12,000.00 Priority | Strike |
| 37. | Chappell, Nancy; 4845-1 | 1345 Sprucewood Ct., Amelia, OH 45102 | $16,380.00 Priority | $2,600.00 Priority $16,535.00 Unsecured |
| 38. | Chavez, Christine; 4979-1 | 100 Westerfield Pl., Clovis, NM 88101 | $9,538.00 Priority | $2,600.00 Priority $6,938.00 Unsecured |
| 39. | Cho, Samuel; 3086-1 | 2227 Valley Creek East Ln., Indianapolis IN 46229 | $3,750.00 Priority | $2,600.00 Priority $1,335.00 Unsecured |
| 40. | Coalgrove; Leann; 2459-1 | 1336 Clay St., Redlands, CA 92374 | $3,298.00 Priority | $2,600.00 Priority $138.00 Unsecure |
| 41. | Cocove; Ralph; 197-1 | 144 Silver Lake Rd., Bridgeton,. NJ 08302 | $4,780.00 Priority | $2,600.00 Priority $2,180.00 Unsecured |
| 42. | Conde, Joseph; 2651-1 | 7520 Metropolitan Ave., Middle Village, NY 11379 | $8,311.00 Priority | $2,600.00 Priority $5,711.00 Unsecured |
| 43. | Corn, Betty; 1547-1 | 107 Fairlane Cr., Greenville, SC 29607 | $11.229.00 Priority | $2,600.00 Priority $6,981.00 Unsecured |

| | | | | |
|---|---|---|---|---|
| 44. | Corum, Anthony; 2761-1 | P.O. Box 1141, Seaford, DE 19973 | $4,950 Priority | $2,600.00 Priority $2,350.00 Unsecured |
| 45a. | Crumedy, Tommie; 4008-1 | 1041 19th Ave. South L302, Tacoma, WA 98444 | $2,858.00 Priority | $2,600.00 Priority $200.00 Unsecured |
| 45b. | Crumedy, Tommie; 2763-1 | 1041 19th Ave. South L302, Tacoma, WA 98444 | $2,579.00 Unsecured | Strike |
| 46. | Cruz, Hilaro; 109-1 | 333 Cherry St., Blissfield, MI 49228 | $3,624.00 Priority | $2,600.00 Priority $1,249.00 Unsecured |
| 47. | Cuervo, Armando; 2898-1 | 11514 Falconhill Dr., Whittier, CA 90604 | $7,700.00 Priority | $2,600.00 Priority $4,085.00 Unsecured |
| 48a. | Dalba, Paul; 725-1 | 4434 Buffalo Rd., North Chili, NY 14514 | $10,184.00 Priority | $2,600.00 Priority $6,512.00 Unsecured |
| 48b. | Dalba, Paul and Carmela; 84-1 | 4434 Buffalo Rd., North Chili, NY 14514 | Unascertainable | Strike |
| 49. | Damas, Joseph; 3497-1 | 185 Alewise Brook Parkway, Cambridge, MA 02138 | $16,678.00 Priority | $2,600.00 Priority $13,067.00 Unsecured |
| 50. | Darling, Trisha; 154-1 | 9133 Chatwell Club Lane, Apt. #6, Davison, MI 48423 | $9,119.97 Priority | $556.00 Priority |
| 51. | Davis, Ethel; 3016-1 | 18 Aiken St., Norwalk, CT 06851 | $5958.00 Priority | $2,600.00 Priority $3,039.00 Unsecured |
| 52. | Davis, Sharie; 1785-1 | 2106 Franklin St., Secalon, CA 95320 | $3,629.00 Priority | $2,600.00 Priority $600.00 Unsecured |
| 53. | Debrah, Gilbert; 2006-1 | 7705 Riverdale Rd. Apt.103, New Carrolton, MD 20784 | $2,750.00 Priority | $2,600.00 Priority $425.00 Unsecured |
| 54. | DeCristofaro, Dawn; 305-1 | 15-0 Lakeside Dr., Ledyard, CT 06339 | $5,862.64 Priority | $2,600 Priority $4,390.00 Unsecured |
| 55. | Del Rosario, Joselito; 813-1 | 2313 Evergreen St., Delano, CA 93215 | $7,801.00 Priority | $2,600.00 Priority $4,401.00 Unsecured |
| 56. | Delfin, Villaluz; 3982-1 | 2502 Johnston St., Perris, CA 92571 | $3,380.00 Priority | $2,600.00 Priority $810.00 Unsecured |
| 57. | Delisle, Jayson; 2546-1 | 484 McCartney Dr., Highland, MI 48356 | $8,522.00 Priority | $2,600.00 Priority $4,924.00 Unsecured |
| 58. | Dester, Mark; 3455-1 | 2322 McAdam St., Wichita, KS 67218 | $7,2400.00 Priority | $2,600.00 Priority $4,640.00 Unsecured |
| 59. | Dickson, Victoria; 2285-1 | 1350 Pine Ridge, Brushkill, PA 18324 | $10,000.00 Priority | $2,466.00 Priority |
| 60. | Dietz, Bonnie; 1020-1 | 7465 128th St. West #106, Apple Valley, MN 55124 | $4,825.00 Priority | $2,600.00 Priority $1,925.00 Unsecured |
| 61. | Dimperio, Mary; 2410-1 | 9377 West Law Rd., North East, PA 16428 | $3,970.98 Priority | $2,367.00 Priority |
| 62. | Dingcong, Lochinvar; 92-1 | P.O. Box 291100, Los Angeles, CA 90029 | $2,875.00 Priority | $2,600.00 Priority $8.00 Unsecured |

| | | | | |
|---|---|---|---|---|
| 63. | Dobransky, Gary; 3623-1 | 203 Nicholas Ave., Johnson City, NY 13790 | $6,834.00 Priority | $2,600.00 Priority $3,440.00 Unsecured |
| 64. | Doerr, Melanie; 1600-1 | 1607 Bridle Creek Ct., Virginia Beach, VA 23464 | $10,752.00 Priority | $2,600.00 Priority $139.00 Unsecured |
| 65. | Dorgay, Vivian; 3876-1 | P.O. Box 295, Elgin, SC 29045 | $8,491.00 Priority | $2,600.00 Priority $5,861.00 Unsecured |
| 66. | Dozier, James; 567-1 | 10707 Germania Rd., Mabelvale, AR 72103 | $8,740.00 Priority | $2,600.00 Priority $6,165.00 Unsecured |
| 67. | Duenas, Maria; 1712-1 | 2580 Northside Dr. Apt. 214, San Diego, CA 92108 | $3,850.00 Priority | $2,600.00 Priority $1,275.00 Unsecured |
| 68. | Eckert, Betty; 1659-1 | 1201 East Ottum Ave., Big Fork, MN 56628 | $3,807.00 Priority | $2,600.00 Priority $5,447.00 Unsecured |
| 69. | Edwards, Patricia; 3351-1 | 498 County Rte. 50, New Hampton, NY 10958 | $6,199.00 Priority | $2,600.00 Priority $3,305.00 Unsecured |
| 70. | Ekiert, John; 2030-1 | 6136 Southern Hills Ct., Canfield, OH 44406 | $7,433.00 Priority | $2,600.00 Priority $2,827.00 Unsecured |
| 71. | Eustace, Robert; 3065-1 | P.O. Box 1289, Meadville, PA 16335 | $3,650.00 Priority | $2,600.00 Priority $1,075.00 Unsecured |
| 72. | Fantasia, Jacqueline; 3897-1 | 120 Alcott Pl. Apt. #8G, Bronx, NY 10475 | $3,655.00 Priority | $2,600.00 Priority $6,010.00 Unsecured |
| 73. | Farrar, Holly; 787-1 | 5807 Lowell Rd., Everett, WA 98203 | $6,144.00 Priority | $2,600.00 Priority $3,964.00 Unsecured |
| 74. | Ferguson, Beverly; 1218-1 | 600 W. 6th St., Manchester, OH 45144 | $4,367.00 Priority | $2,600.00 Priority $1,946.00 Unsecured |
| 75. | Ferguson, Michelle; 1168-1 | 10132 N. 116th Ln., Youngtown, AZ 85363 | $4,356.00 Priority | $2,600.00 Priority $1,000.00 Unsecured |
| 76. | Fernandez, Janett; 2949-1 | P.O. Box 564066, College Point, NY 11356 | $4,512.00 Priority | $2,600.00 Priority $1,283.00 Unsecured |
| 77. | Ferreira, Nick; 3355-1 | 2619 Farragut Dr., Springfield, IL 62704 | $8,833.00 Priority | $2,600.00 Priority $5,474.00 Unsecured |
| 78. | Fields, Larry; 3721-1 | 1 Plaza South PMB 394, Tahlequah, OK 74464 | $5,410.00 Priority | $2,600.00 Priority $1,911.00 Unsecured |
| 79. | Figgs, Latitia; 3785-1 | 104 Esquire Ln., Elizabeth City, NJ 27909 | $5,660.00 Priority | $2,600.00 Priority $2,079.00 Unsecured |
| 80. | Fish, Lisa; 3100-1 | 137 Village Way, Lawrenceville, GA 30046 | $7,516.00 Priority | $2,600.00 Priority $4,128.00 Unsecured |
| 81. | Fleming, Debra; 3418-1 | 7600 Meadowood Dr., Canfield, OH 44406 | $12,000.00 Priority | $2,002.00 Priority |

| | | | | |
|---|---|---|---|---|
| 82. | Flinchum, Gail; 438-1 | 7733 N. Hudson Blvd., New Carlise, IN 46552 | $3,621.00 Priority | $1,089.00 Priority |
| 83. | Flinn, L Dwayne; 3706-1 | 4387 West Garff Ranch Rd., Kamas, UT 84036 | $4,912.00 Priority | $2,600.00 Priority<br>$2,690.00 Unsecured |
| 84. | Flores, Daisy; 2001-1 | 2920 Rollingwood Dr., San Pablo, CA 94860 | $6,300.00 Priority | $2,600.00 Priority<br>$2,650.00 Unsecured |
| 85. | Foster, Kerry; 3555-1 | 4870 Friar Tuck Ave., Las Vegas, NV 89130 | $10,000.00 Priority | $2,600.00 Priority<br>$2,440.00 Unsecured |
| 86. | Freeman, Erin; 3389-1 | c/o Rachel Pohl; P.O. Box 254, Raquette Lake, NY 13436 | $3,250.00 Priority | $2,600.00 Priority<br>$675.00 Unsecured |
| 87. | Frempong, Nina; 695-1 | 5636 Towerhill Cr., Alexandria, VA 22315 | $2,924.00 Priority | $2,266.00 Priority |
| 88. | Fulton, Michelle; 2073-1 | 70057 Murphy Rd., Flushing, OH 43977 | $4,330.00 Priority | $2,600.00 Priority<br>$1,304.00 Unsecured |
| 89. | Furman, Eric; 2893-1 | 45765 Yeager Dr., East Liverpool, OH 43920 | $6,515.00 Priority | $2,600.00 Priority<br>$3,915.00 Unsecured |
| 90. | Furr, Tenya; 3560-1 | 344 Wrightsville Rd., Canton, NC 28716 | $5,984.00 Priority | $2,600.00 Priority<br>$2,352.00 Unsecured |
| 91. | Galvan, Josefina; 3527-1 | 1235 W. Poplar St., Oxnard, CA 93033 | $10,131.00 Priority | $2,600.00 Priority<br>$4,972.00 Unsecured |
| 92. | Giaquinto, Ronald; 1024-1 | 5785 Picasso Dr., Yorba Linda, CA 92887 | $38,702.00 Priority | $2,600.00 Priority<br>$5,492.00 Unsecured |
| 93. | Gidney, John; 3859-1 | 531 N. Eucalyptus, Blythe, CA 92225 | $3,900.00 Priority | $2,600.00 Priority<br>$443.00 Unsecured |
| 94. | Gilbert, Darlene; 102-1 | 124 Worthington St., Winterville, NC 28590 | $3,298.00 Priority | $2,600.00 Priority<br>$673.00 Unsecured |
| 95. | Gilman, Geri; 3492-1 | 48 Green Mesa Pl., Parachute, CO 81635 | $6,417.00 Priority | $2,600.00 Priority<br>$4,906.00 Unsecured |
| 96. | Gomes, Johanna; 731-1 | 59 Burnett St. Apt. 1B, Providence, RI 02907 | $3,521.00 Priority | $2,600.00 Priority<br>$737.00 Unsecured |
| 97. | Gough, Sharon; 155-1 | 430 Linden Dr.#6, Lomira, WI 53048 | $2,983.00 Priority | $2,600.00 Priority<br>$383.00 Unsecured |
| 98. | Greenwell, Pamela; 2528-1 | 45865 Pine Rd., Lexington Park, MD 20653 | $8,830.00 Priority | $2,600.00 Priority<br>$9,763.00 Unsecured |
| 99. | Griffin, Montress; 2792-1 | 4789 S. Manitoba Ave., Tucson, AZ 85730 | $7,337.00 Priority | $2,600.00 Priority<br>$6,324.00 Unsecured |
| 100. | Guerra, Trinidad; 1484-1 | 1920 NW Flagler Terrace Apt. #1, Miami, FL 33125 | $3,145.00 Priority | $2,600.00 Priority<br>$545.00 Unsecured |

ORDERED the *Trustee's First Motion to Strike or Reclassify Claims* is GRANTED

with the above stated changes and amendments.

### END OF ORDER ###

This Order was Submitted by:
Daniel G. Hamm (HAM043)
The Law Office of Daniel G. Hamm
560 South McDonough Street, Suite A
Montgomery, Alabama 36104
Telephone      334-269-0269
Fax            334-323-5666
Email          dhamm@dghlegal.com