# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

IN RE:

ALLEGRO LAW, LLC,            Case No. 10-30631-WRS

                                            Chapter 7

      Debtor.

## TRUSTEE'S AMENDED WITNESS AND EXHIBIT LIST
### For February 27, 2019 Hearing

The following witnesses may be called to testify at the February 27, 2019, hearing in the above-captioned matter:

1. Tim McCallan (Debtor)

2. Jeannie McCallan

3. Kellie Eckstein

4. Allen Carroll

5. Jeff Middleton

6. Any witness listed on Defendant's witness list.

7. Any witness necessary for rebuttal testimony.

In addition to the exhibits previously marked and identified in this adversary proceeding and related proceedings, as well as Defendant Tim McCallan's underlying bankruptcy and related proceedings, as well as any exhibits identified by the defendants and not objected to by the Trustee, the following additional exhibits may be used at the February 27, 2019 hearing in the above captioned matter:

| Exhibit No. | Description | Offered | Witness | Admitted |
|---|---|---|---|---|
| 644 | Old Allegro Server Production | | | |
| 645 | New Allegro Server Production | | | |
| 646 | Screenshot evidencing data totals | | | |
| 647 | July 2006 Emails re Intermark | | | |
| 648 | Screenshot of main directories of new data produced by McCallan | | | |
| 649 | Answers of Defendants to Trustee's Discovery requests in merits litigation | | | |

1

| Exhibit No. | Description | Offered | Witness | Admitted |
|---|---|---|---|---|
| 650 | MAS 200 production | | | |
| 651 | Bank Recap Report generated from MAS 200 production | | | |
| 652 | Transcripts from November 8-9, 2018 hearings | | | |
| 653 | Letter from Meredith Lees to Steve Olen dated 6-24-2013 | | | |
| 654 | Email re Eric Jewelry invoice (produced by McCallan) | | | |
| 655 | Metals Rebut TX19 (produced by McCallan) | | | |
| 656 | Timothy McCallan Check History Report 1/1/07 – 02/05/2014 (an excerpt of TX657, which was produced by McCallan) | | | |
| 657 | Timothy McCallan Check History Report 1/1/04 – 02/05/2014 (produced by McCallan) | | | |
| 658 | Tim McCallan Income Statements 2007-2014 (produced by McCallan) | | | |
| 659 | McCallan Cash Deposits (produced by McCallan, but reformatted by date) | | | |
| 660 | McCallan Personal Financials (produced by McCallan) | | | |
| 661 | McCallan General Ledger Detail Report (produced by McCallan) | | | |
| 662 | Chris McCallan and Jeannie McCallan email dated 9-25-18 (produced by McCallan) | | | |
| 663 | McCallan Cash Deposits Spreadsheet (produced by McCallan, but reformatted to sort by date and include 2007-2015 only) | | | |
| 664 | Seton Corp. General Ledger Detail Report 2008 – Distributions Account (SP043525-SP043528) | | | |
| 665 | Analysis of McCallan Deposit Schedule and Expenses | | | |

Trustee specifically reserves the right to supplement and amend this Exhibit List.

Respectfully submitted,

*/s Steve Olen*
STEVE OLEN (OLENS7621)
  ASB-7621-N64S
LUCY E. TUFTS (TUFTL1447)
  ASB-1447-C52T
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
*Attorneys for Plaintiff Carly Wilkins*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 25th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, as described below:

Michael A. Fritz, Sr.
Fritz Law Firm, LLC
25 South Court Street
Suite 200
Montgomery, AL 36104
michael@fritzlawalabama.com

Scott D. Widerman
James Ippoliti
Widerman Malek, PL
1990 W. New Haven Avenue
Suite 201
Melbourne, FL 32904
scott@uslegalteam.com
jim@uslegalteam.com

                */s Steve Olen*
                Steve Olen