The relief described hereinbelow is SO ORDERED

Done this 11th day of April, 2019.



**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
ALLEGRO LAW LLC                                    Chapter   7
  Debtor(s)                                        Case No. 10-30631

### ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT

Upon consideration of the Application for Payment of Unclaimed Funds filed on

March 13, 2018 (Doc. 5696), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to

disburse $1,465.00 to the claimant as follows:

Sally Rauwolf
625 Stanley Road
West Point, CA 95255

###END OF ORDER###

c:Debtor
  Debtor's Attorney
  Chapter 7 Trustee
  U.S. Attorney
  Sally Rauwolf, 625 Stanley Road, West Point, CA  95255

Submitted by:
Janet Clark