RECEIVED
JUL 19 2019
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
FILED
JUL 19 2019
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

*[signature: Michael H. Bloom]*

ONEIDA COUNTY
FILED July 9, 2019
JUL 9 2019
10-30631

CLERK OF CIRCUIT COURT

| | |
|---|---|
| Enter the name of the county in which this case was filed. | STATE OF WISCONSIN, CIRCUIT COURT, ONEIDA COUNTY |
| Enter the current name of the person whose name is proposed to be changed. | IN THE MATTER OF THE NAME CHANGE OF<br>Kenneth / Allan / Redlick<br>First Name / Middle Name / Last Name |
| Enter the case number. | ☐ Amended<br>**Order for Name Change**<br>Case No. 2019CV130 |
| Enter the county and the date of the hearing. | The Petition for Name Change was heard by the Circuit Court of Oneida County, Wisconsin on the 9 day of JULY, 2019 |

**THE COURT FINDS:**

1. The person whose name is to be changed lives in Oneida County, State of Wisconsin.

2. The name that appears on the birth certificate is
   [First] Kenneth
   [Middle] Allan
   [Last] Redlick

3. The name of this person shall be changed to
   [First] Kenneth
   [Middle] Allan
   [Last] Simineau

4. The address of the person whose name is to be changed is
   P.O. BOX 404 RHINELANDER, WI 54501

5. The date of birth of the person whose name is to be changed is 02/22/1952.

6. It has jurisdiction and notice of the hearing has been given.

7. The facts of the petition are true and correct.

☐ 8. Other: _____

**STOP!**
The court will complete the rest of this form.

**THE COURT ORDERS:**

1. The Petition for Name Change is granted.

2. If the person was born in Wisconsin, the Wisconsin birth certificate ☒ shall ☐ shall not be changed.

☐ 3. Other: _____

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

CV-470, 11/18 Order for Name Change §786.36, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional materials.