The relief described hereinbelow is SO ORDERED

Done this 16th day of December, 2020.



**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
  ALLEGRO LAW LLC                                  Chapter  7
                                                   Case No. 10-30631
  Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 8/10/2020, an application, DE# 6063, was filed for the Claimant, Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,622.91 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Scott Wright and be disbursed to the payee at the following address:

  35308 SE Center Street
  Snoqualmie, WA  98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065
   Scott Wright, 59 N. 600 W. #F-208, Salt Lake City, UT 84116
   Scott Wright, 3195 S. 300E #17, South Salt Lake, UT 84115
   U.S. Attorney

Submitted by:
Janet Clark