UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

IN RE:  Case No.: 10-30631
　　　　　Chapter 7

ALLEGRO LAW, LLC

　　　　Debtor.
_____

## MOTION TO WITHDRAW

COMES NOW Lucy E. Tufts and moves the Court for leave to withdraw as counsel for Carly Wilkins, as Trustee for Debtor Allegro Law, LLC, in the above-captioned matter. The Trustee will continue to be represented in this matter by attorney Steve Olen.

The undersigned attorney respectfully requests the Court to enter an order granting this motion and allowing Lucy E. Tufts to withdraw as counsel in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　*/s Lucy E. Tufts*
　　　　　　　　　　　　　　　　LUCY E. TUFTS (TUFTL1447)
　　　　　　　　　　　　　　　　　　ASB-1447-C52T
　　　　　　　　　　　　　　　　Cunningham Bounds, LLC
　　　　　　　　　　　　　　　　1601 Dauphin Street
　　　　　　　　　　　　　　　　Mobile, Alabama 36604
　　　　　　　　　　　　　　　　251-471-6191
　　　　　　　　　　　　　　　　251-479-1031 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　*/s Lucy E. Tufts*
　　　　　　　　　　　　　　　　LUCY E. TUFTS

1