UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re								Case No. 10-30631-WRS
								Chapter 7
ALLEGRO LAW LLC,

    Debtor.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Lucy E. Tufts filed a motion (Doc. 6128) seeking to withdraw as counsel for Carly Wilkins, as Trustee for Debtor Allegro Law LLC. Upon consideration of the motion, it is

ORDERED that the motion is GRANTED. Lucy E. Tufts no longer represents Carly Wilkins, as Trustee for Debtor Allegro Law LLC in the above-referenced case.

Done this 8th day of January, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
      Carly B. Wilkins
      Steve Olen, Attorney for Carly B. Wilkins
      Bankruptcy Administrator
      Lucy E. Tufts