## Fill in this Information to identify the case:

Debtor 1 _Allegro Law Llc_____
First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Middle District of Alabama

Case number: __10-30631_____

**RECEIVED**

**JUL 2 1 2022**

United States Bankruptcy Court
Middle District of Alabama

---

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**FILED**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

**JUL 2 1 2022**

United States Bankruptcy Court
Middle District of Alabama

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $295.00 |
| Claimant's Name: | Unclaimed Funds Recovery Services VII Inc. As Assignee |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2885 Sanford Ave SW #37848<br>Grandville, MI 49418<br>832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

xxxx    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

XXXX    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

XXXX   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _____7/6/22_____ | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| __Benjamin D. Tarver_____ Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address: 2885 Sanford Ave SW #37848 Grandville, MI 49418 | Address: |
| Telephone:    832-781-0620 | Telephone: _____ |
| Email:    help@claimtransfers.com_____ | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF ARIZONA_____ | STATE OF_____ |
| COUNTY OF YUMA_____ | COUNTY OF_____ |
| This Application for Unclaimed Funds, dated 7-6-2022_____ was subscribed and sworn to before me this _6_ day of __July_____, 20 22 by __BENJAMIN DERAY TARVER_____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____day of_____, 20_____by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)        Notary Public_____ Sharee Donaldson, Notary Public My commission expires: 10-19-2025 | (SEAL)        Notary Public_____ My commission expires: |

SHAREE DONALDSON
Notary Public - State of Arizona
YUMA COUNTY
Commission # 624697
Expires October 19, 2025

Form 1340      Application for Payment of Unclaimed Funds

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

Date:_____7/7/22_____

_____
Signature

BENJAMIN DERAY TARVER
Name Printed

2885 SANFORD AVE SW #37848
Street or P.O. Box

GRANDVILLE, MI 49418
City, State, and Zip Code