**The relief described hereinbelow is SO ORDERED**

**Done this 10th of November, 2022**

**Christopher L. Hawkins**
**United States Bankruptcy**
**Judge**



_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
ALLEGRO LAW LLC

Debtor.

Chapter   7
Case No. 10-30631

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On April 20, 2022, an application, DE# 6293, was filed for the Claimant, Unclaimed Funds Recovery Services VII, Inc., for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,931.00 held in unclaimed funds be made payable Unclaimed Funds Recovery Services VII, Inc .and be disbursed to the payee at the following address:

2885 Sanford Ave SW #37848
Grandville, MI  49418

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Unclaimed Funds Recovery Services VII, Inc., 2885 Sanford Ave SW # 37848, Grandville, MI 49418
   Gary DeGroot, 5333 S. 700 E, South Ogden, UT 84405
   Gary DeGroot, 980 Pinetree Circle, Woods Cross, UT 84087
   Gary DeGroot, 980 Pinetree Circle, West Bountiful, UT 84087
   Gary DeGroot. 320 W 5200 S, Ogden, UT 84405-6714
   U.S. Attorney, 131 Clayton St., Montgomery, AL 36104

Submitted by:
Janet Clark