**Fill in this information to identify the case:**

Debtor 1          Allegro Law Llc
          First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name         Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Alabama

Case number: **10-30631**

---

### Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | $6,207.09 |
| Claimant's Name: | Lawhon Law & Mediation, P.C. as assignee to Steven Cooperman |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 4040 Civic Center Dr, Ste 200<br>San Rafael, CA 94903<br>(415)692-0856<br>lawhonlawmediationpc@gmail.com |

### 2. Claimant Information

Applicant[2] represents the following:

☑ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____

_____ .

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☐ Applicant is the Claimant.

☑ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabma
131 Clayton Street
Montgomery, AL 36104

| **6. Applicant Declaration** | **6. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: _____7th Oct 2024_____ | Date: _____ |
| _____(signature)_____ | _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Paula Michele Lawhon - Managing Member | _____ |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 4040 Civic Center Dr, Ste 200 San Rafael, CA 94903 | Address: |
| Telephone: (415)692-0856 | Telephone: _____ |
| Email: lawhonlawmediationpc@gmail.com | Email: _____ |

| **7. Notarization** | **7. Notarization** |
|---|---|
| STATE OF __California__ | STATE OF _____ |
| COUNTY OF __San Diego__ | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated __Oct 7th, 2024__ was subscribed and sworn to before me this 7th day of __October__, 20 24 by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by |
| Pedro J. Sanchez-Catala | _____ |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| *[Notarial wording to be adjusted based on state requirements]* | *[Notarial wording to be adjusted based on state requirements]* |
| PEDRO J. SANCHEZ-CATALA Notary Public - California San Diego County Commission # 2420074 My Comm. Expires Oct 8, 2026  Notary Public _____ | (SEAL) Notary Public _____ |
| My commission expires: Oct 8, 2026 | My commission expires: _____ |

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

Date: 7th Oct 2024

_Paula Lawhon_
Signature

Paula Michele Lawhon
Name Printed

4040 Civic Center Dr, Ste 200
Street or P.O. Box

San Rafael, CA 94903
City, State, and Zip Code

October 7th, 2024

FILED

NOV 0 4 2024

United States Bankruptcy Court
Middle District of Alabama

RECEIVED

NOV 0 4 2024

United States Bankruptcy Court
Middle District of Alabama

United States Bankruptcy Court Middle District of Alabama
Atto: Financial Department
1 Church Street
Montgomery, AL 36104

RE:   Steven Cooperman-Ch 7 Case-10-30631
       Applicant for unclaimed funds
       Unclaimed funds- $6,207.09

My name is Paula Michele Lawhon and I'm the owner of Lawhon Law & Mediation, P.C. in California and I am the successor claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.

I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

Regards,

Paula Michele Lawhon
Lawhon Law & Mediation, P.C.
lawhonlawmediationpc@gmail.com

Enclosures
CC: Office of the United States Attorney Middle District of Alabama