Received on

MAR 1 7 2026

Filed on

MAR 1 7 2026

**Fill in this Information to identify the case:**

Debtor 1 **Allegro Law LLC**

        First Name     Middle Name     Last Name

Debtor 2

(Spouse, if filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     **Middle District of Alabama**

Case Number:     10-30631

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 2,600.00 |
| Claimant's Name | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dkllc.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐    The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

    Dorothy Harold

☒    If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒    Applicant is the Claimant.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date: March 11, 2026 | Date: _____ |
| _____ <br> Signature of Applicant <br> Brian J Dilks – Member <br> Dilks & Knopik, LLC <br><br> 35308 SE Center St <br> Snoqualmie, WA 98065 <br> 425-836-5728 <br> admin@dkllc.com | _____ <br> Signature of Co-Applicant (if applicable) <br><br> _____ <br> Printed Name of Co-Applicant (if applicable) <br><br> Address: <br> Telephone: _____ <br> Email: _____ |

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF <u>WASHINGTON</u> <br><br> COUNTY OF <u>KING</u> <br><br> This Application for Unclaimed Funds, dated <u>03/11/2026</u> was subscribed and sworn to before me this <u>11th</u> day of <u>March</u>, 20<u>26</u> by <br> <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br><br> (SEAL)    Notary Public: _____ <br>             Matthew Zettley <br><br> My commission expires: <u>February 19, 2030</u> | STATE OF _____ <br><br> COUNTY OF _____ <br><br> This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20___ by <br><br> _____ <br> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br><br> (SEAL) Notary Public_____ <br><br> My commission expires: _____ |

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104


Names and addresses of all other parties served:

Dorothy Harold
Owner of Record
672 South 6th St.
Kerman, CA 93630

Cheryl R. Miller for the Estate of Dorothy Harold
Assignor
672 S 6th St
Kerman, CA 93630


Date: March 11, 2026

_____
Brian J Dilks - Member
Dilks & Knopik, LLC