**Fill in this Information to identify the case:**

Debtor 1    **Allegro Law LLC**
         First Name    Middle Name    Last Name

Debtor 2

(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Middle District of Alabama**

Case Number:    10-30631

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 2,600.00 |
| Claimant's Name | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dkllc.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐    The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

     Dorothy Harold

☒    If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒    Applicant is the Claimant.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date: March 11, 2026 | Date: _____ |
| _____ | _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Brian J Dilks – Member | |
| Dilks & Knopik, LLC | _____ |
| | Printed Name of Co-Applicant (if applicable) |
| 35308 SE Center St | |
| Snoqualmie, WA 98065 | Address: |
| 425-836-5728 | Telephone: _____ |
| admin@dkllc.com | Email: _____ |

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF <u>WASHINGTON</u> | STATE OF_____ |
| COUNTY OF <u>KING</u> | COUNTY OF_____ |
| This Application for Unclaimed Funds, dated <u>03/11/2026</u> was subscribed and sworn to before me this <u>11</u> day of <u>March</u>, 20<u>26</u> by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of_____, 20___by |
| <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)　　Notary Public: _____ Matthew Zettley | (SEAL) Notary Public_____ |
| My commission expires: <u>February 19, 2030</u> | My commission expires: _____ |

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2030

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

Dorothy Harold
Owner of Record
672 South 6th St.
Kerman, CA 93630

Cheryl R. Miller for the Estate of Dorothy Harold
Assignor
672 S 6th St
Kerman, CA 93630

Date: March 11, 2026

Brian J Dilks - Member
Dilks & Knopik, LLC

United States Bankruptcy Court

Middle District of Alabama

In re:

Allegro Law LLC

     Debtor

Case No. 10-30631-CLH

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1127-2

Date Rcvd: Mar 17, 2026

User: admin

Form ID: pdfSOME

Page 1 of 4

Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allegro Law LLC, 2005 Cobbs Ford Road, Ste. 301-B, Prattville, AL 36066-7766 |
| aty | + | Daniel Gary Hamm, Hamm & Wilkins, P.C., 560 South McDonough St., Ste A, Montgomery, AL 36104-4605 |
| 5284713 | + | Cheryl Miller, 3828 N. Modoc Ave, Kerman, CA 93630-9517 |
| 2651637 | + | Dorothy Harold, 672 South 6th Street, Kerman, CA 93630-1702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4554882 | + | Email/Text: cmecf@dilksknopik.com | Mar 17 2026 20:37:00 | Dilks & Knopik LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |
| 4775695 | + | Email/Text: Stacey.VanAlst@usdoj.gov | Mar 17 2026 20:37:00 | US Attorney, 131 Clayton St., Montgomery, AL 36104-3429 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Bankruptcy Administrator

         ba@almb.uscourts.gov  danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov

Carly B Wilkins

on behalf of Trustee Carly B Wilkins cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com

Carly B Wilkins

on behalf of Creditor Carly B Wilkins cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com

Carly B Wilkins

cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com

Charles N. Parnell, III

on behalf of Interested Party Second Chance Credit Opportunities LLC bkrp@parnellsoutheast.com

Clark R. Hammond

on behalf of Creditor Chase Bank USA N.A. chammond@wallacejordan.com, callen@wallacejordan.com

Daniel G. Hamm

dhamm@dghlegal.com

David B. Hughes

on behalf of Interested Party Vanco LLC david.hughes@chlaw.com, amy.gainey@chlaw.com

Edward M Wayland

on behalf of Creditor Rebecca Smiles edwayland@yahoo.com

George B. Azar

on behalf of Creditor ALLISON ABBOTT gazar@azarlaw.com twilson@azarlaw.com

George B. Azar

on behalf of Creditor Allison Abbott gazar@azarlaw.com twilson@azarlaw.com

George Michael Zoghby

on behalf of Defendant Creditors Interchange Receivable Management LLC gzoghby@scottsullivanlaw.com, staylor@scottsullivanlaw.com;rlopez@scottsullivanlaw.com

George W. Thomas

on behalf of Interested Party Louis C. Colley Receiver gthomas@gilpingivhan.com, dbroome@gilpingivhan.com

George W. Thomas

on behalf of Other Prof. Louis C Colley gthomas@gilpingivhan.com dbroome@gilpingivhan.com

James B. Bailey

on behalf of Creditor Bradley Arant Boult Cummings LLP jbailey@bradley.com kkirsch@bradley.com

Jay R. Bender

on behalf of Creditor Bradley Arant Boult Cummings LLP jbender@bradley.com

Jennifer B. Kimble

on behalf of Interested Party Timothy McCallan jkimble@lowenstein.com

Jennifer B. Kimble

on behalf of Interested Party Seton Inc. jkimble@lowenstein.com

Jennifer B. Kimble

on behalf of Interested Party Americorp Inc. jkimble@lowenstein.com

Jennifer B. Kimble

on behalf of Interested Party The Achievable Inc. jkimble@lowenstein.com

Laura E. Nolan

on behalf of Creditor Vickie L Shedden bnolan@alsp.org

Lucy E. Tufts

on behalf of Plaintiff Daniel G. Hamm let@cunninghambounds.com sma@cunninghambounds.com,els@cunninghambounds.com

Lucy E. Tufts

on behalf of Trustee Daniel G. Hamm let@cunninghambounds.com sma@cunninghambounds.com,els@cunninghambounds.com

Mark Gushiken

on behalf of Attorney Mark Gushiken markdg003@gmail.com

Matthew A Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Michael S. Dampier

on behalf of Plaintiff Ladisha Lee stevedampier@dampierlaw.com karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Vincent Anasagasti stevedampier@dampierlaw.com karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Robert Aguilar stevedampier@dampierlaw.com karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Takiya Anderson stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Kathleen A. Audet stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Robert Aguilar stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Anita Archer stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Vincent Anasagasti stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Ladisha Lee stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Ron Azzarella stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Kathleen A. Audet stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Creditor Anita Archer stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Ron Azzarella stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Michael S. Dampier

on behalf of Plaintiff Takiya Anderson stevedampier@dampierlaw.com  karenwatkins@dampierlaw.com

Orin Clayton Odom, III

on behalf of Interested Party Timothy McCallan orinodomlegal@gmail.com  rmarchand@websterhenry.com

Orin Clayton Odom, III

on behalf of Defendant Timothy McCallan orinodomlegal@gmail.com  rmarchand@websterhenry.com

Orin Clayton Odom, III

on behalf of Debtor Timothy Thomas McCallan orinodomlegal@gmail.com  rmarchand@websterhenry.com

Robert H. Adams

on behalf of Interested Party Seton  Inc. radams@rumberger.com,
docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H. Adams

on behalf of Interested Party The Achievable  Inc. radams@rumberger.com,
docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H. Adams

on behalf of Interested Party Americorp  Inc. radams@rumberger.com,
docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H. Adams

on behalf of Interested Party Timothy McCallan radams@rumberger.com
docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Scott D. Widerman

on behalf of Interested Party Timothy McCallan scott@uslegalteam.com  jessica@uslegalteam.com

Stephen Bulgarella

on behalf of Creditor Select Portfolio Servicing  Inc. mdbankruptcy@tblaw.com

Steve Olen

on behalf of Spec. Counsel Steve Olen sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steve Olen

on behalf of Plaintiff Daniel G. Hamm sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steve Olen

on behalf of Trustee Carly B Wilkins sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steve Olen

on behalf of Creditor Carly B Wilkins sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steve Olen

on behalf of Plaintiff Carly B Wilkins sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steve Olen

on behalf of Counter-Defendant Daniel G. Hamm sco@cunninghambounds.com  jca@cunninghambounds.com;jlraustin@att.net

Steven D. Willis

assetrecoverymgmt@gmail.com

Susan S. DePaola

brtrustee@wowway.com

Susan S. DePaola

on behalf of Trustee Daniel G. Hamm brtrustee@wowway.com

Susan S. DePaola

on behalf of Attorney Susan S. DePaola brtrustee@charter.net  sshirockdepaola@ecf.axosfs.com

Wanda Borges

on behalf of Interested Party Island Punch Beverage  LLC wborges@borgeslawllc.com

Wanda Borges

on behalf of Interested Party Robert J. SanFilippo wborges@borgeslawllc.com

Wanda Borges

on behalf of Interested Party Island Vibes Tours Worldwide  LLC wborges@borgeslawllc.com

Zack M. Azar

on behalf of Creditor Esmerelda Amato zazar@azarlaw.com  pwalker@azarlaw.com;twilson@azarlaw.com

TOTAL: 62

Susan S. DePaola

brtrustee@wowway.com