**The relief described hereinbelow is SO ORDERED**

**Done this 8th of June, 2026**

**Christopher L. Hawkins**
**United States Bankruptcy**
**Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:

  Allegro Law LLC

                                        Chapter  7
                                         Case No. 10-30631

  Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 3/17/2026, an application, DE# 6399, was filed for the Claimant, Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,600.00 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Dorothy Harold and be disbursed to the payee at the following address:

35308 SE Center Street
Snoqualmie, WA  98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   U.S. Attorney, 131 Clayton Street, Montgomery, AL 36104
   Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA  98065
   Cheryl Miller, 3828 N Modoc Ave, Kerman, CA 93630
   Dorothy Harold, 672 S. 6th St., Kerman, CA 93630-1702


Submitted by:
Casi Bohart